STANDARD OIL CO. OF CALIFORNIA, Appellant, v. UNION S. S. CO. OF NEW ZEALAND, Appellee.

No. 11056.

Circuit Court of Appeals, Ninth Circuit.

July 23, 1945.

Hulbert, Helsell & Paul, of Seattle, Wash., for appellant.

Bogle, Bogle & Gates, Edward G. Dobrin, and Stanley B. Long, all of Seattle, Wash., for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, filed July 23, 1945, and good cause therefor appearing, it is ordered that the appeal in above cause be, and hereby is dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in above cause issue forthwith.